JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE COLLINS, an individual,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>RICHARD RIONDA DEL CASTRO, an individual, HANNIBAL PRODUCTION, INC., A Wyoming Corporation, AND SPEED KILLS PRODUCTION, INC., A Wyoming Corporation<br><br>　　　　　Respondents | Case No.: 2:21-cv-06197-ODW(GJSx)<br><br>**JUDGMENT** |

A Petition to Confirm Arbitration Award having been filed on July 30, 2021, and a Counter-Motion to Vacate Arbitration Award having been filed on August 4, 2021, and the Respondents thereby entering a general appearance and consenting to the Court's jurisdiction over them and the subject matter of this action, and the Court having issued its Order Granting Petition to Confirm Arbitration Award and Denying Petition to Vacate Arbitration Award on January 7, 2022 (ECF No. 23), the Court now orders as follows:

  Judgment in the amount of Five Hundred Twenty-Six Thousand, Eight Hundred Ninety-Eight Dollars and Twenty-Four Cents ($526,898.24) is hereby Ordered, Adjudged and Decreed in favor of Petitioner, GRACE COLLINS, against Respondents, and each of them, RICHARD RIONDA DEL CASTRO, HANNIBAL PRODUCTIONS, INC., and SPEED KILLS CORPORATION.

  This Judgment will accrue additional post-judgment interest from this date forward at the rate of forty-one one hundredths percent (.41%).

  It is Further Ordered, Adjudged and Decreed that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment. There being no just reason for delay, and this Judgment hereby resolving all claims and issues raised in the Petition, the Clerk is ordered to enter this Judgment forthwith and without further notice. All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

DATED: January 18, 2022

                _____
                Honorable Otis D, Wright, II
                UNITED STATES DISTRICT JUDGE